**MEMO ENDORSED**



# Milbank

**MATTHEW J. LAROCHE**
*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com  |  milbank.com

**VIA ECF**

May 22, 2026

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, NY 10007

> Defendants' request to stay the instant action for 30 days is granted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: May 26, 2026
> New York, New York

Re:    *Golan v. KalshiEX LLC et al., No. 1:26-cv-02394 (ER) (S.D.N.Y.)*

Dear Judge Ramos:

We write pursuant to the Court's Individual Practice Rule 1.E on behalf of Kalshi Inc., KalshiEX LLC, Kalshi Klear Inc., Kalshi Klear LLC, and Kalshi Trading LLC (collectively, the "Kalshi Defendants") to respectfully request that this Court stay the above-captioned action for 30 days while the Central District of California considers a motion to transfer a related action to the Southern District of New York. The Kalshi Defendants' response to the Complaint is currently due on June 8, 2026. With the proposed stay, the Kalshi Defendants' response would be due on or before July 8, 2026. This is the parties' first request for a stay and the stay would not affect any other scheduled dates.

Itay Golan ("Plaintiff") consents to a 30-day stay for this purpose.

## I.    Relevant Background

Prior to February 28, 2026, KalshiEX LLC ("KalshiEX") offered an event contract titled "Ali Khamenei out as Supreme Leader?" (the "Khamenei Market") on its designated contract market, which is regulated by the Commodity Futures Trading Commission. As with all KalshiEX event contracts, the rules governing the Khamenei Market were available through the Market's webpage and on Kalshi's app and addressed how the contract would be resolved if Khamenei died.

In this action, Plaintiff seeks to certify a nationwide class of traders who took positions on the Khamenei Market. Plaintiff takes issue with how KalshiEX presented the Khamenei Market on its platform, and the way it resolved certain trades.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Honorable Edgardo Ramos
May 22, 2026
Page 2

## II.    This Action Should Be Stayed 30 Days

Shortly before this action was filed, an essentially identical putative class action—asserting overlapping claims, on behalf of overlapping classes, against the same Defendants, and arising from the same operative facts—was filed in the Central District of California. *Risch v. KalshiEX LLC*, No. 2:26-cv-2390-SB-MAA (C.D. Cal.) ("*Risch*").  On May 6, 2026, Defendants in *Risch* filed a motion to transfer venue to the Southern District of New York (the "*Risch* Transfer Motion"), which will be fully briefed on May 22, 2026, and heard by the *Risch* court on June 5, 2026. *Id.* at Dkt. 35, Dkt. 37.  A 30-day extension would allow additional time for the *Risch* court to consider Defendants' motion to transfer.

A stay is consistent with this district's general practice when another forum is considering a motion to transfer. *See Marsh & McLennan Agency LLC v. Alliant Ins. Servs., Inc.*, 2025 WL 2676532, at *4 (S.D.N.Y. Sept. 18, 2025).  Absent a stay (and ultimately transfer), there is a risk of inconsistent decisions, unnecessary duplication of judicial resources, and substantial inconvenience to the parties.

We thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Matthew J. Laroche*
Matthew J. Laroche

cc: All Counsel of Record (via ECF)